Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 66976.**—Associated Metals & Minerals Corp. *v.* United States, protest 61/4750 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of coils of lead sheet in chief value of metal, imported for use in remanufacture by melting, the claim of the plaintiff was sustained.

**No. 66977.**—Carlyle Fabrics *v.* United States, protests 296007–K and 303282–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 66978.**—National Carloading Corp. and Vanetta Mill of California, Inc. *v.* United States, protest 316600–K (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.

**No. 66979.**—Heeksuede, Inc. *v.* United States, protests 60/28164, etc. (New York).